UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

Quaysean Cannonier

Write the full name of each plaintiff.

18 CV 2383

774 CV 05-054
(Include case number if one has been assigned)

-against-

Warden Skipper-Scott see Attached for Section IV. and also Section IV. on page 3

Write the full name of each defendant. If you cannot fit the names of all of the defendants in the space provided, please write "see attached" in the space above and attach an additional sheet of paper with the full list of names. The names listed above must be identical to those contained in Section IV.

**COMPLAINT**
(Prisoner)

Do you want a jury trial?
☒ Yes ☐ No

**NOTICE**

The public can access electronic court files. For privacy and security reasons, papers filed with the court should therefore *not* contain: an individual's full social security number or full birth date; the full name of a person known to be a minor; or a complete financial account number. A filing may include *only*: the last four digits of a social security number; the year of an individual's birth; a minor's initials; and the last four digits of a financial account number. See Federal Rule of Civil Procedure 5.2.

## I. LEGAL BASIS FOR CLAIM

State below the federal legal basis for your claim, if known. This form is designed primarily for prisoners challenging the constitutionality of their conditions of confinement; those claims are often brought under 42 U.S.C. § 1983 (against state, county, or municipal defendants) or in a "*Bivens*" action (against federal defendants).

☑ Violation of my federal constitutional rights

☑ Other: Failure to give proper medical care and Failure to Protect

## II. PLAINTIFF INFORMATION

Each plaintiff must provide the following information. Attach additional pages if necessary.

Quaysean Cecil Cannonier

First Name Middle Initial Last Name

State any other names (or different forms of your name) you have ever used, including any name you have used in previously filing a lawsuit.

77405-054

Prisoner ID # (if you have previously been in another agency's custody, please specify each agency and the ID number (such as your DIN or NYSID) under which you were held)

MCC (Metropolitan Correctional Center)

Current Place of Detention

150 Park Row

Institutional Address

New york, New york N.y 10007

County, City State Zip Code

## III. PRISONER STATUS

Indicate below whether you are a prisoner or other confined person:

☐ Pretrial detainee

☐ Civilly committed detainee

☐ Immigration detainee

☑ Convicted and sentenced prisoner

☐ Other: ______

Attchment

# IV. Defendant Information

Defendant 5: John Doe #1
Correction officer
150 Park Row
Ny, Ny N.y 10007

Defendant 6: John Doe #2
Correction officer
150 Park Row
Ny, Ny N.y 10007

Defendant 7: John Doe #3
Correction officer
150 Park Row
Ny, Ny N.y 10007

Defendant 8: John Doe #4
Correction officer
150 Park Row
Ny, Ny N.y 10007

Defendant 9: John Doe #5
~~[illegible]~~ Correction officer
150 Park Row
Ny, Ny N.y 10007

## IV. DEFENDANT INFORMATION

To the best of your ability, provide the following information for each defendant. If the correct information is not provided, it could delay or prevent service of the complaint on the defendant. Make sure that the defendants listed below are identical to those listed in the caption. Attach additional pages as necessary.

Defendant 1:
Skipper-Scott
First Name Last Name Shield #
warden of MCC
Current Job Title (or other identifying information)
150 Park Row
Current Work Address
N.y, N.y N.y. 10007
County, City State Zip Code

Defendant 2:
Georgy
First Name Last Name Shield #
Medical Director of MCC
Current Job Title (or other identifying information)
150 Park Row
Current Work Address
N.y N.y N.y 10007
County, City State Zip Code

Defendant 3:
R Proto
First Name Last Name Shield #
Unit Team manager of 9/11 North and south
Current Job Title (or other identifying information)
150 Park row
Current Work Address
N.y, N.y N.y 10007
County, City State Zip Code

Defendant 4:
First Name Last Name Shield #
Director of Brooklyn First Hospital
Current Job Title (or other identifying information)
Current Work Address
Brooklyn N.y
County, City State Zip Code

(See Attachment)

## V. STATEMENT OF CLAIM

Place(s) of occurrence: MCC 11 North (MPA)

Date(s) of occurrence: 9-1-2016 / 9-2-2016 / 9-3

**FACTS:**

State here briefly the FACTS that support your case. Describe what happened, how you were harmed, and how each defendant was personally involved in the alleged wrongful actions. Attach additional pages as necessary.

1. On 9/1/2016 John Doe OFFicers #1,2,3,4 Conducted a Search of 11 North Housing Unit for weapons and Contraband. The officers were negligent in their Search and didnt find any weapons, when in fact a stabbing weapon was in one of the cells. On 9/2/2016 I was stabbed by another inmate with the weapons that officer John Doe 1-4 didnt find due to a negligent search

2. On 9/2/16 Officer John Doe #5 witnessed A inmate attack me and did not intervene before the inmate stabbed me. I got stabbed in the head, and officer John Doe #5 did not help me in anyway nor did he arrest or stop the inmate who attacked me. Officer John Doe #5 did not seize the weapon that I was stabbed with. I was bleeding heavily, and as I tried to walk to the elevator to get medical, I passed out. When I came to it officers were taking me to Brooklyn First Hospital.

3. After My attack I was brought to Brooklyn First Hospital and did not recive proper Medical treatment No Mir or X-Ray was Done I was just sent back to MCC.

V. When wanting to ~~[illegible]~~ fail a complaint about my attack I asked My (UTM) ~~[illegible]~~ Unit Manger R. Proto for BP8 she gave me BP9 to alter My complaint (See Affidavit)

4. After being sent back to MCC and put in the box I was in terrible pain and asked for Medical treatment My head hurt for days I did not see Medical till a week later and was giving a MiR and X-Ray Way after the Attack when anything could have been wrong. I was also left in the box for 90 day dispite not having any displinary charges against me I was there wrongly because I was assaulted (See Attachment)(V)

**INJURIES:**

If you were injured as a result of these actions, describe your injuries and what medical treatment, if any, you required and received.

- Stab wound to the head 3-4 cm long
- Serve and constant headaches to this day
- Pain and suffering with fear and emotional distress as, a result of the attack and being place in solitary confinement

## VI. RELIEF

State briefly what money damages or other relief you want the court to order.

1. For failure of offices 1-4 to Find weapon in Search $11,000,000.00
2. for failure of medical treatment after being put in the box -$11,000,000.00
3. For John Doe # 3 deliberately refusing to protect me from being attacked or assisting me after $11,000,000.00
4. For being placed in solitary confinement for 90 days with out reason - $11,000,000.00
5. for (UTM) R. Proto giving me the wrong Administrative Remedy $11,000,000,00



6. for Brooklyn first Hospital unproper treatment $11,000,000,00

## VII. PLAINTIFF'S CERTIFICATION AND WARNINGS

By signing below, I certify to the best of my knowledge, information, and belief that: (1) the complaint is not being presented for an improper purpose (such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation); (2) the claims are supported by existing law or by a nonfrivolous argument to change existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Federal Rule of Civil Procedure 11.

I understand that if I file three or more cases while I am a prisoner that are dismissed as frivolous, malicious, or for failure to state a claim, I may be denied *in forma pauperis* status in future cases.

I also understand that prisoners must exhaust administrative procedures before filing an action in federal court about prison conditions, 42 U.S.C. § 1997e(a), and that my case may be dismissed if I have not exhausted administrative remedies as required.

I agree to provide the Clerk's Office with any changes to my address. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Each Plaintiff must sign and date the complaint. Attach additional pages if necessary. If seeking to proceed without prepayment of fees, each plaintiff must also submit an IFP application.

3-11-18
Dated

Quaysean Cunningham
Plaintiff's Signature

Quaysean
First Name

Cecil
Middle Initial

Cunningham
Last Name

150 Park Row
Prison Address

Newyork, New york
County, City

N.y
State

10007
Zip Code

Date on which I am delivering this complaint to prison authorities for mailing: 3-12-18

In the United States District Court
for the Southern District of New yourk

| | |
|---|---|
| Quaysean Cannonier, plaintiff, | Affidavit |
| V. Unit Team Manager R. proto Defendants. | Civil Action No. ___. |

# AFFIDAVIT OF Quaysean Cannonier

I, Q. Cannonier, being duly sworn according to the Law depose and say that I am the plaintiff in the above entitled proceeding

1. On 9-2-2016, I was assuited and subtained multiple injuries, in Unit 11 North. see Exhibit (c)

2. I was denied the proper medical Atention here at MCC-NY and I was transported to outside Medical center and they failed to propesly check me out

3. Defendant Unit Team Manager R. Proto gave me a BP-9 to file my complaint without BP-8 intentionally, knowing it would be rejected see Exhibit (A) and Plaintiff recieved rejection notice immediately afterward as planned. see Exhibit (B) Plaintiff is not educated on the law and was tooken advantage of by defendant R. Proto, as this is normal policy for her and 9/11 North unit team As a result plaintift was unable to exhaust his remedy and filing complaint and Affdavit is only option. All of the

(1 of 2)

information I have submitted in support of my case is true and correct. See (Grownell v. Krom, 446F.3D 305) See (hemp hill v. New york, 380F.3D 680)

Sign - Quaysean Cunnonier

Sworn to before me this 12th day of March, 2018

Print - Quaysean Cunnonier

Notary public

STEPHEN A. ESPINET
Notary Public, State of New York
No. 01ES6194593
Qualified in Kings County
Commission Expires October 6, 2020

U.S. DEPARTMENT OF JUSTICE
Federal Bureau of Prisons

**REQUEST FOR ADMINISTRATIVE REMEDY**

Exhibit (A)

*Type or use ball-point pen. If attachments are needed, submit four copies. Additional instructions on reverse.*

| From: | Cannonier Quaysean Q | 77405-054 | 9-South | MCC |
|---|---|---|---|---|
| | LAST NAME, FIRST, MIDDLE INITIAL | REG. NO. | UNIT | INSTITUTION |

**Part A– INMATE REQUEST**

I suffered a ~~[illegible]~~ head injury and was not Seen by Medical for over a week no one provided Sick call and my request for attention went Unresponded to. Medical staff were deliberately indifferent to my serious medical needs. I'am requesting a cat scan or Mri on my head and to be given pain Medication. This is exhaustion for Bivens litigation.

DATE

Quaysean Cannonier QC
SIGNATURE OF REQUESTER

**Part B– RESPONSE**

DATE

WARDEN OR REGIONAL DIRECTOR

*If dissatisfied with this response, you may appeal to the Regional Director. Your appeal must be received in the Regional Office within 20 calendar days of the date of this response.*

**ORIGINAL: RETURN TO INMATE**

CASE NUMBER: ______

CASE NUMBER: ______

**Part C– RECEIPT**

Return to: ______

LAST NAME, FIRST, MIDDLE INITIAL | REG. NO. | UNIT | INSTITUTION

SUBJECT: ______

DATE

RECIPIENT'S SIGNATURE (STAFF MEMBER)



PRINTED ON RECYCLED PAPER

BP-229(13)
APRIL 1982

REJECTION NOTICE - ADMINISTRATIVE REMEDY

DATE: OCTOBER 28, 2016

FROM: ADMINISTRATIVE REMEDY COORDINATOR
NEW YORK MCC

TO : QUAYSEAN CANNONIER, 77405-054
NEW YORK MCC UNT: 9 QTR: Z04-207LAD
150 PARK ROW
NEW YORK, NY 10007

FOR THE REASONS LISTED BELOW, THIS ADMINISTRATIVE REMEDY REQUEST IS BEING REJECTED AND RETURNED TO YOU. YOU SHOULD INCLUDE A COPY OF THIS NOTICE WITH ANY FUTURE CORRESPONDENCE REGARDING THE REJECTION.

REMEDY ID : 880887-F1 ADMINISTRATIVE REMEDY REQUEST
DATE RECEIVED : OCTOBER 27, 2016
SUBJECT 1 : MEDICAL CARE - IMPROPER OR INADEQUATE
SUBJECT 2 :
INCIDENT RPT NO:

REJECT REASON 1: YOU DID NOT ATTEMPT INFORMAL RESOLUTION PRIOR TO SUBMISSION OF ADMINISTRATIVE REMEDY, OR YOU DID NOT PROVIDE THE NECESSARY EVIDENCE OF YOUR ATTEMPT AT INFORMAL RESOLUTION.

REJECT REASON 2: YOU MAY RESUBMIT YOUR REQUEST IN PROPER FORM WITHIN 5 DAYS OF THE DATE OF THIS REJECTION NOTICE.

REMARKS : YOU MUST FIRST ATTEMPT INFORMAL RESOLUTION WITH YOUR UNIT TEAM

.052 INCIDENT REPORT 
.94
DEPARTMENT OF JUSTICE Exhibit K(c) FEDERAL BUREAU OF PRISONS

| | | | |
|---|---|---|---|
| 1. Name Of Institution: METROPOLITAN CORRECTIONAL CENTER | | Part I - Incident Report | |
| 2. Name Of Inmate Cannonier, Quaysean | 3. Register Number 77405-054 | 4. Date Of Incident 9-02-2016 | 5. Time 5:35 P.M. |
| 6. Place Of Incident 11-North | 7. Assignment UNASSG | 8. Unit 11 NORTH | |

9.Incident: FIGHTING WITH ANOTHER PERSON.

10.Code: 201

11. Description of Incident (Date: 11-17-2016 Time: 11:53 am Staff becomes aware of incident).

On November 17, 2016, at approximately 11:53 AM, an SIS investigation was completed and it is the conclusion of this investigator that on September 2, 2016, at approximately 5:35 p.m., the 11 North Unit Officer observed inmate Vasquez, Joan, Reg. No. 67720-054, strike inmate Cannonier, Quaysean, Reg. No. 77405-054. with an unknown object. The Unit Officer activated his body alarm and ordered the unit locked down. As Vasquez and Cannonier were fighting, several unidentified inmates attempted to assault Vasquez. Inmate Ordonez, Washington Reg. No. 99051-038 witnessed Vasquez being assaulted and came to his aid by striking Cannonier with closed fists to Cannonier's mid section and lower back. This conclusion was based on inmate Ordonez account of the incident which was corroborated in a statement by Vasquez where he admitted to striking Cannonier. In addition, statements from staff present during the incident also corroborated Vasquez and Cannonier were fighting. Furthermore, medical assessments conducted indicated that Ordonez sustained a bump on his forehead. The medical assessment revealed Cannonier received puncture wound over the coronal sture line with approximately 3-4 cm of swelling, and was transported to the local hospital for additional treatment. Based on Vasquez statements, and staff memorandums, and medical documentation indicating that Cannonier was involved in this altercation, Vasquez and Cannonier will receive Incident Reports for Code 201-Fighting.

| | | |
|---|---|---|
| 12. Signature Of Reporting Employee [signature] | Date And Time 11-17-16 1:25 PM | 13. Name And Title (Printed) J. Sewell, Special Investigative Supervisor. |
| 14. Incident Report Delivered To Above Inmate By [signature] | 15. Date Incident Report Delivered 11-17-16 | 16.time Incident Report Delivered 2:15 pm |

Part II - Committee Action

17. Comments Of Inmate To Committee Regarding Above Incident

| | |
|---|---|
| 18. A. It Is The Finding Of The Committee That You: ______ Committed The Following Prohibited Act. ______ Did Not Commit A Prohibited Act. | B. ______ The Committee Is Referring The Charge(s) To The DHO For Further Hearing. C. ______ The Committee Advised The Inmate Of Its Finding And Of The Right To File An Appeal Within 15 Calendar Days. |

19. Committee Decision Is Based On The Following Information

COPY

20. Committee action and/or recommendation if referred to DHO (Contingent upon DHO finding inmate committed prohibited act)

Cannonier
k Row
y, 10007

NEW YORK NY 100
13 MAR 2018 PM 7 L

USA • FOREVER

Pro Se Intake Unit
500 Pearl Street
Ny, Ny, 10007

US P3
SDNY

10007-131699